**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 12-8004

---

ANTHONY RODERICK PHILLIP,

　　　　　Plaintiff – Appellant,

　　　v.

GEO GROUP, INCORPORATED; GEORGE E. SNYDER; W. BRANCH; T. ALEXANDER; JOHN WHITE; BUREAU OF PRISONS; HARLEY LAPPIN; JONATHAN MINER,

　　　　　Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:09-ct-03115-FL)

---

Submitted: April 25, 2013　　　　　Decided: May 2, 2013

---

Before NIEMEYER, FLOYD, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Anthony Roderick Phillip, Appellant Pro Se. Robert T. Numbers, II, WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC, Raleigh, North Carolina; Michael Lockridge, Special Assistant United States Attorney, Butner, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Roderick Phillip appeals the district court's order denying his motion for substitute counsel and granting the GEO Defendants' fourth motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. Phillip v. GEO Group, Inc., No. 5:09-ct-03115-FL (E.D.N.C. Nov. 5, 2012). We deny Phillip's request for appointed counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED